1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:    415/981-9788
   Facsimile:    415/981-9798
4  Email:        RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   **DEV PATEL**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEV PATEL, | **Case No.:  2:15-cv-02471- KJN** |
| Plaintiff, | Case filed:        11/30/15 |
| | Case reassigned:   07/20/16 |
| v. | Trial date:        TBA |
| STATE OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND DEPARTMENT OF TOXIC SUBSTANCES, | **REQUEST FOR CONTINUANCE OF STATUS CONFERENCE; [PROPOSED] ORDER** |
| Defendants. | Date:       01/05/17 |
| | Time:       10:00 a.m. |
| | Location:   Courtroom 25, 8th floor |

1  Plaintiff requests a continuance of the Status Conference from January 5, 2017, to
2  January 19, 2017, on the ground that Plaintiff's counsel has a vacation scheduled from January 2
3  through 9, 2017.
4  Defense counsel has no objection to the continuance.

5  Respectfully submitted,

6  Dated:_____12/09/16_____      LAW OFFICE OF RICHARD M. ROGERS

8  By:__/s/ Richard M. Rogers_____
   RICHARD M. ROGERS
9  Attorneys for Plaintiff

11 IT IS HEREBY ORDERED.
12 Dated:  December 22, 2016

   _____
14 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE