| | |
|---|---|
| 1 | RICHARD M. ROGERS, State Bar No. 045843 |
| | LAW OFFICE OF RICHARD M. ROGERS |
| 2 | 100 Bush Street, #1980 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 981-9788 |
| | Fax: (415) 981-9788 |
| 4 | E-mail: RogersRMR@yahoo.com |
| | *Attorneys for Plaintiff* |
| 5 | *Dev Patel* |

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
JERRY J. DESCHLER, State Bar No. 215691
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3830
 Fax: (916) 324-5567
 E-mail: Jerry.Deschler@doj.ca.gov
*Attorneys for Defendants*
*California Department of Public Health and*
*Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEV PATEL,** | 2:15-cv-02471-KJN |
| Plaintiff, | **STIPULATION REGARDING DEFENDANT CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL'S WITHDRAWAL OF DEFENSE OF RELEASE;** |
| v. | |
| **STATE OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND DEPARTMENT OF TOXIC SUBSTANCES,** | **ORDER THEREON** |
| Defendant. | Judge: Kendall J. Newman<br>Action Filed: 11/30/2015 |

Plaintiff Dev Patel ("Plaintiff") and Defendant California Department of Toxic Substances Control ("DTSC"), through their respective counsel of record, hereby stipulate as follows:

1

Stipulation Regarding Defendant DTSC's Withdrawal of Defense of Release; Order Thereon (2:15-cv-02471-KJN)

WHEREAS Plaintiff entered into a Settlement Agreement with Defendant DTSC on November 12, 2014 in connection with his claims against DTSC before the California State Personnel Board;

WHEREAS DTSC filed a Motion for Summary Judgment in the present action in which DTSC argued that the Settlement Agreement barred litigation of the present action against DTSC, and the Motion for Summary Judgment was denied; and

WHEREAS Plaintiff and DTSC subsequently agreed that DTSC will withdraw its defense of release based on the November 12, 2014 Settlement Agreement.

Consequently, Plaintiff and DTSC stipulate and agree as follows: DTSC withdraws its right to pursue the defense of release based on the Settlement Agreement, without prejudice. The parties will not further conduct discovery related to this defense. DTSC will not pursue the defense of release based on the November 12, 2014 Settlement Agreement unless DTSC learns of a substantial change in law or facts. In the event DTSC learns of a change in law or facts warranting DTSC pursuing defense of release based on the November 12, 2014 Settlement Agreement, DTSC agrees to promptly notify Plaintiff's counsel and to cooperate with Plaintiff in connection with Plaintiff's ability to pursue discovery related to that defense.

IT IS SO STIPULATED.

Dated: May 17, 2017

Respectfully submitted,

*/s/ Richard M. Rogers*
LAW OFFICE OF RICHARD M. ROGERS
RICHARD M. ROGERS
*Attorneys for Plaintiff Dev Patel*

Dated: May 17, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

*/s/ Jerry J. Deschler*
JERRY J. DESCHLER
Deputy Attorney General
*Attorneys for Defendant*

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

DTSC's defense of release based on the November 12, 2014 Settlement Agreement is withdrawn, without prejudice. The parties shall not further conduct discovery related to this defense. In the event DTSC learns of a change in law or facts that DTSC believes warrants pursuing such a defense, DTSC shall promptly notify Plaintiff's counsel and cooperate with Plaintiff in connection with Plaintiff's ability to pursue discovery related to that defense.

Dated: May 19, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE