RICHARD M. ROGERS, State Bar No. 045843
LAW OFFICE OF RICHARD M. ROGERS
  100 Bush Street, #1980
  San Francisco, CA 94104
  Telephone: (415) 981-9788
  Fax: (415) 981-9788
  E-mail: RogersRMR@yahoo.com
*Attorneys for Plaintiff*
*Dev Patel*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
JERRY J. DESCHLER, State Bar No. 215691
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-3830
  Fax: (916) 324-5567
  E-mail: Jerry.Deschler@doj.ca.gov
*Attorneys for Defendants*
*California Department of Public Health and*
*Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEV PATEL,** | 2:15-cv-02471-KJN |
| Plaintiff, | **STIPULATION REGARDING DEPOSITIONS;** |
| v. | **ORDER THEREON** |
| **STATE OF CALIFORNIA,** | |
| Defendant. | Judge: Kendall J. Newman<br>Action Filed: 11/30/2015 |

Plaintiff Dev Patel ("Plaintiff") and Defendants California Department of Public Health and Department of Toxic Substances Control (collectively, "Defendants"), through their respective counsel of record, hereby stipulate as follows:

1

| | |
|---|---|
| 1 | WHEREAS counsel for Defendants took the deposition of Plaintiff on November 1, 2016 |
| 2 | for approximately six hours; |
| 3 | WHEREAS Defendants requested at the outset of this case for an additional day for |
| 4 | Plaintiff's deposition above the seven-hour limit imposed by Federal Rules of Civil Procedure, |
| 5 | Rules 26(b)(2)(A) and 30(d)(1) due to the extensive factual allegations and claims at issue in this |
| 6 | case, and the unusual volume of documentary evidence produced by the parties; |
| 7 | WHEREAS counsel for Plaintiff will have deposed a total of nine witnesses by June 20, 2017; |
| 8 | and |
| 9 | WHEREAS Plaintiff requests to depose an additional eight witnesses (Brian Barrick, Monica |
| 10 | Wilson-Pough, Kathleen Elizondo, Mandeep Sohi, Nicole Preston, Rebecca Vasquez, Joesette Rigby- |
| 11 | Brokenbough, and Diana Guzman), exceeding the rule of ten depositions per side permitted by |
| 12 | Federal Rules of Civil Procedure, Rules 26(b)(2)(A) and 30(a)(2)(A). |
| 13 | Consequently, Plaintiff and Defendants stipulate and agree as follows: |
| 14 | Plaintiff agrees to the requested additional time to depose Plaintiff, provided counsel for |
| 15 | Defendants diligently uses reasonable efforts to conduct the deposition efficiently and agrees that |
| 16 | Defendants will not request additional time to complete Plaintiff's deposition absent exceptional |
| 17 | unforeseen circumstances; and |
| 18 | Defendants agree to the additional depositions enumerated above provided Plaintiff agrees to |
| 19 | use reasonable efforts to conduct the depositions efficiently and agrees that Plaintiff will not request |
| 20 | additional depositions absent exceptional unforeseen circumstances. |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

IT IS SO STIPULATED.

Dated: June 16, 2017                                      Respectfully submitted,

                                                                        */s/ Richard M. Rogers*
                                                                         LAW OFFICE OF RICHARD M. ROGERS
                                                                         RICHARD M. ROGERS
                                                                         *Attorneys for Plaintiff Dev Patel*

Dated: June 16, 2017                                      Respectfully submitted,

                                                                          XAVIER BECERRA
                                                                         Attorney General of California
                                                                         JUDITH A. RECCHIO
                                                                         Supervising Deputy Attorney General

                                                                       */s/ Jerry J. Deschler*
                                                                         JERRY J. DESCHLER
                                                                         Deputy Attorney General
                                                                         *Attorneys for Defendants*
                                                                         *California Department of Public Health and*
                                                                         *Department of Toxic Substances Control*

## **ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Defendants are permitted to take the deposition of Plaintiff for an additional seven hours beyond the limit imposed by Federal Rules of Civil Procedure, Rules 26(b)(2)(A) and 30(d)(1); and

Plaintiff is permitted to depose an additional eight witnesses (Brian Barrick, Monica Wilson-Pough, Kathleen Elizondo, Mandeep Sohi, Nicole Preston, Rebecca Vasquez, Joesette Rigby-Brokenbough, and Diana Guzman), exceeding the rule of ten depositions per side permitted by Federal Rules of Civil Procedure, Rules 26(b)(2)(A) and 30(a)(2)(A).

Dated: June 19, 2017

                                                                       KENDALL J. NEWMAN
                                                                       UNITED STATES MAGISTRATE JUDGE