1  Richard M. Rogers, State Bar No. 045843
   Law Office of Richard M. Rogers
2   100 Bush Street, #1980
    San Francisco, CA 94104
3   Telephone: (415) 981-9788
    Fax: (415) 981-9788
4   E-mail: RogersRMR@yahoo.com
    *Attorneys for Plaintiff*
5  *Dev Patel*

6   Xavier Becerra, State Bar No. 118517
    Attorney General of California
7   Judith A. Recchio, State Bar No. 163060
    Supervising Deputy Attorney General
8   Jerry J. Deschler, State Bar No. 215691
    Deputy Attorney General
9   1300 I Street, Suite 125
    P.O. Box 944255
10  Sacramento, CA 94244-2550
    Telephone: (916) 323-3830
11  Fax: (916) 324-5567
    E-mail: Jerry.Deschler@doj.ca.gov
12  *Attorneys for Defendants*
    *California Department of Public Health and*
13  *Department of Toxic Substances Control*

14

IN THE UNITED STATES DISTRICT COURT

15

FOR THE EASTERN DISTRICT OF CALIFORNIA

16

SACRAMENTO DIVISION

17

18

| | |
|---|---|
| **DEV PATEL,** | Case No. 2:15-cv-02471-KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR MENTAL EXAMINATION** |
| v. | |
| **STATE OF CALIFORNIA,** | Judge:      Kendall J. Newman |
| Defendant. | Action Filed: 11/30/2015 |

**WHEREAS,** Plaintiff Dev Patel ("Plaintiff") alleges that he was discriminated against, harassed, and retaliated against by his current and former employers, California Department of Public Health ("CDPH") and Department of Toxic Substance Control ("DTSC"; CDPH and DTSC referred to collectively as "Defendants"); and

1

**WHEREAS,** Plaintiff testified that he has experienced and is experiencing extreme and ongoing emotional distress as a result of the conduct alleged; and

**WHEREAS,** in connection with Plaintiff's workers' compensation action, Robert T. Levine, M.D., opined, *inter alia*, that Plaintiff suffers from "Depression and Psychophysiologic Disorders"; and

**WHEREAS,** Defendants wish to proceed with a mental examination of Plaintiff in order to evaluate his claim for emotional distress;

**NOW THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:**

Plaintiff will submit to a mental/psychiatric examination, pursuant to Federal Rule of Civil Procedure 35, as follows:

**Date**: November 10, 2017

**Time**: 9:30 a.m.

**Location**: U.S. Legal Support

2710 Gateway Oaks Drive, Suite 300S

Sacramento, California 95833

**Examining Physician**: Matthew F. Carroll, M.D. (CV attached as **Exhibit A**)

**Manner of Examination**: Dr. Carroll will interview Plaintiff about his psychological state/condition, including but not limited to, questioning Plaintiff about his employment situation, his allegations against CDPH and DTSC, his medical, financial, legal, educational, family, and developmental background, his habits, his vocational history, and other relevant areas of his life. After the interview, Dr. Carroll will administer the Minnesota Multiphasic Personality Inventory test. The total length of the examination will last approximately four to five hours, depending on various factors, including Plaintiff's cooperation. The only persons permitted in the examination session will be Dr. Carroll and Plaintiff; no one else will be allowed to attend or be present. Dr. Carroll will tape record the examination session, but will not provide a copy of the recording to Plaintiff. However, Plaintiff is welcomed to bring his own recording device and record the session for himself. Plaintiff will not be video-recorded.

/ / /

**Report**: Dr. Carroll will be designated as an expert witness and will prepare a report of his findings and conclusions that meet the requirements of Federal Rules of Civil Procedure 26(a)(2)(B), 35, and any other applicable rule. Upon receiving the report from Dr. Carroll, Defendants will deliver a copy of the report along with any additional reports regarding the findings of any psychological testing to Plaintiff's counsel.  Defendants will deliver all supplemental reports to Plaintiff's counsel as they become available.  Plaintiff shall have the right to depose Dr. Carroll if he deems it necessary.

IT IS SO STIPULATED.

Dated:  October 5, 2017                                  Respectfully submitted,

                                                         */s/ Richard M. Rogers*
                                                         LAW OFFICE OF RICHARD M. ROGERS
                                                         RICHARD M. ROGERS
                                                         *Attorneys for Plaintiff Dev Patel*

Dated:  October 5, 2017                                  Respectfully submitted,

                                                         XAVIER BECERRA
                                                         Attorney General of California
                                                         JUDITH A. RECCHIO
                                                         Supervising Deputy Attorney General

                                                         */s/ Jerry J. Deschler*
                                                         JERRY J. DESCHLER
                                                         Deputy Attorney General
                                                          *Attorneys for Defendants*
                                                         *California Department of Public Health and*
                                                         *Department of Toxic Substances Control*

# ORDER

IT IS SO ORDERED

Dated:  October 10, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE