| | |
|---|---|
| 1 | RICHARD M. ROGERS, State Bar No. 045843 |
| | LAW OFFICE OF RICHARD M. ROGERS |
| 2 | 100 Bush Street, #1980 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 981-9788 |
| | Fax: (415) 981-9788 |
| 4 | E-mail: RogersRMR@yahoo.com |
| | *Attorneys for Plaintiff* |
| 5 | *Dev Patel* |

6 XAVIER BECERRA, State Bar No. 118517
Attorney General of California
7 JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
8 JERRY J. DESCHLER, State Bar No. 215691
Deputy Attorney General
9 1300 I Street, Suite 125
P.O. Box 944255
10 Sacramento, CA 94244-2550
Telephone: (916) 323-3830
11 Fax: (916) 324-5567
E-mail: Jerry.Deschler@doj.ca.gov
12 *Attorneys for Defendants*
*California Department of Public Health and*
13 *Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEV PATEL,** | 2:15-cv-02471-KJN |
| Plaintiff, | **STIPULATION AND ORDER REGARDING PHYSICIAN DEPOSITIONS** |
| v. | |
| **STATE OF CALIFORNIA,** | |
| Defendant. | Judge: Kendall J. Newman |
| | Action Filed: 11/30/2015 |

**WHEREAS,** Plaintiff Dev Patel ("Plaintiff") alleges that he was discriminated against, harassed, and retaliated against by his current and former employers, California Department of Public Health ("CDPH") and Department of Toxic Substance Control ("DTSC"; CDPH and DTSC referred to collectively as "Defendants"); and

1

**WHEREAS,** Plaintiff testified that he has experienced and is experiencing extreme and ongoing emotional distress as a result of the conduct alleged, some of which allegedly caused physical symptoms; and

**WHEREAS,** Plaintiff has received treatment from several physicians, including Mandeep Behniwal, M.D., Robert Levine, M.D., Roger Nacouzi, M.D., and Jayesh Patel, M.D.; and

**WHEREAS,** the deadline to complete non-expert witness discovery is November 30, 2017; and

**WHEREAS,** due to the parties' and doctors' schedules, Defendants are unable to complete the depositions of Dr. Behniwal and Dr. Nacouzi until shortly after the non-expert witness discovery cutoff; and

**WHEREAS,** the parties, Dr. Behniwal, and Dr. Nacouzi, have agreed to schedule the depositions of Dr. Behniwal on December 12, 2017 and Dr. Nacouzi on January 11, 2018, or a mutually-agreeable date as soon as possible thereafter; and

**WHEREAS,** the above-referenced depositions are not expected to impact any other deadlines, including the deadline to complete expert discovery, the deadline to file dispositive motions, or the trial date in this matter;

**NOW THEREFORE, THE PARTIES AGREE AND STIPULATE AS FOLLOWS:**

Defendants will take the depositions of Mandeep Behniwal, M.D. on December 12, 2017 and Roger Nacouzi, M.D. on January 11, 2018, or a mutually-agreeable date as soon as possible thereafter.

IT IS SO STIPULATED.

Dated: November 1, 2017   Respectfully submitted,

*/s/ Richard M. Rogers*
LAW OFFICE OF RICHARD M. ROGERS
RICHARD M. ROGERS
*Attorneys for Plaintiff Dev Patel*

Dated: November 1, 2017   Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

*/s/ Jerry J. Deschler*
JERRY J. DESCHLER
Deputy Attorney General
*Attorneys for Defendants
California Department of Public Health
and Department of Toxic Substances
Control*

## ORDER

IT IS SO ORDERED.

Dated: November 2, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SA2015106057
12867929.docx