RICHARD M. ROGERS, State Bar No. 045843
LAW OFFICE OF RICHARD M. ROGERS
  100 Bush Street, #1980
  San Francisco, CA 94104
  Telephone: (415) 981-9788
  Fax: (415) 981-9788
  E-mail: RogersRMR@yahoo.com
*Attorneys for Plaintiff*
*Dev Patel*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
JERRY J. DESCHLER, State Bar No. 215691
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-3830
  Fax: (916) 324-5567
  E-mail: Jerry.Deschler@doj.ca.gov
*Attorneys for Defendants*
*California Department of Public Health and*
*Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEV PATEL,**<br><br>       Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND DEPARTMENT OF TOXIC SUBSTANCES,**<br><br>       Defendant. | 2:15-cv-02471-KJN<br><br>**STIPULATION REGARDING PLAINTIFF DEV PATEL'S DISMISSAL OF GENDER DISCRIMINATION AND HARASSMENT CLAIMS;**<br><br>**ORDER THEREON**<br><br>Judge:  Kendall J. Newman<br>Action Filed: 11/30/2015 |

Plaintiff Dev Patel ("Plaintiff") and Defendants California Department of Public Health ("CDPH") and Department of Toxic Substances Control ("DTSC") (CDPH and DTSC are

1

1 collectively referred to as "Defendants"), through their respective counsel of record, hereby

2 stipulate as follows:

3     WHEREAS Plaintiff alleges gender discrimination against CDPH in his third claim and

4 fourth claim (identified as "Count Three" and "Count Four" at 3:26-4:7 of the Complaint) in his

5 First Amended Complaint for Equitable Relief and Damages (the "Complaint");

6     WHEREAS Plaintiff alleges national origin, race, and/or gender as a basis for harassment

7 in his seventh claim and eight claim (identified as "Count Seven" and "Count Eight" at 4:16-23

8 of the Complaint) in his Complaint;

9     WHEREAS Plaintiff testified in his deposition that he does not believe any of the conduct

10 he alleges against CDPH or DTSC was because of his gender;

11     WHEREAS Plaintiff and Defendants agreed through counsel that Plaintiff will dismiss his

12 gender discrimination and harassment claims without prejudice, unless Defendants attempt to

13 assert as a defense that gender was a motive in their actions toward Plaintiff; and

14     WHEREAS Defendants will not assert as a defense that gender was a motive in their

15 actions toward Plaintiff.

16     Consequently, Plaintiff and Defendants stipulate and agree as follows: Plaintiff dismisses

17 and withdraws his right to pursue his third claim and fourth claim for gender discrimination

18 against Defendants. Plaintiff dismisses and withdraws his right to pursue a claim of gender

19 harassment against Defendants. Plaintiff's dismissal is without prejudice, and Plaintiff wishes to

20 retain the right to pursue gender discrimination and/or gender harassment claims if Defendants

21 assert that gender was a motive in their actions toward Plaintiff. Defendants will not assert as a or

22 suggest, by argument, questioning, or testimony, that gender was a motive in their actions toward

23 Plaintiff.

24     IT IS SO STIPULATED.

25

26

27

28

2

Stipulation Regarding Plaintiff Dev Patel's Dismissal of Gender Discrimination and Harassment Claims;
Order Thereon (2:15-cv-02471-KJN)

Dated: January 10, 2018					Respectfully submitted,

					*/s/ Richard M. Rogers*
					LAW OFFICE OF RICHARD M. ROGERS
					RICHARD M. ROGERS
					*Attorneys for Plaintiff Dev Patel*

Dated: January 10, 2018					Respectfully submitted,

					XAVIER BECERRA
					Attorney General of California
					JUDITH A. RECCHIO
					Supervising Deputy Attorney General

					*/s/ Jerry J. Deschler*
					JERRY J. DESCHLER
					Deputy Attorney General
					*Attorneys for Defendants California
					Department of Public Health and
					Department of Toxic Substances Control*

## **ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Plaintiff's third claim and fourth claim for gender discrimination are dismissed, without prejudice. Plaintiff's seventh claim and eighth claim for harassment are dismissed as to gender only, without prejudice. Plaintiff is still pursuing his seventh claim and eighth claim for national origin and/or race harassment. Plaintiff retains the right to pursue gender discrimination and/or gender harassment claims if Defendants assert that gender was a motive in their actions toward Plaintiff. Defendants will not assert as a defense that gender was a motive in their actions toward Plaintiff.

Dated: January 16, 2018

					_____
					KENDALL J. NEWMAN
					UNITED STATES MAGISTRATE JUDGE

SA2015106057
12690080.doc

3

Stipulation Regarding Plaintiff Dev Patel's Dismissal of Gender Discrimination and Harassment Claims;
Order Thereon (2:15-cv-02471-KJN)