1 | RICHARD M. ROGERS, State Bar No. 045843
LAW OFFICE OF RICHARD M. ROGERS
2 | 100 Bush Street, #1980
San Francisco, CA 94104
3 | Telephone: (415) 981-9788
Fax: (415) 981-9788
4 | E-mail: RogersRMR@yahoo.com
*Attorneys for Plaintiff*
5 | *Dev Patel*

6 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
7 | JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
8 | JERRY J. DESCHLER, State Bar No. 215691
Deputy Attorney General
9 | 1300 I Street, Suite 125
P.O. Box 944255
10 | Sacramento, CA 94244-2550
Telephone: (916) 323-3830
11 | Fax: (916) 324-5567
E-mail: Jerry.Deschler@doj.ca.gov
12 | *Attorneys for Defendants*
*California Department of Public Health and*
13 | *Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEV PATEL,** | 2:15-cv-02471-KJN |
| Plaintiff, | **STIPULATION AND REQUEST FOR SETTLEMENT CONFERENCE;** |
| v. | **ORDER THEREON** |
| **STATE OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND DEPARTMENT OF TOXIC SUBSTANCES,** | |
| Defendant. | Judge: Kendall J. Newman<br>Action Filed: 11/30/2015 |

Plaintiff Dev Patel ("Plaintiff") and Defendants California Department of Public Health ("CDPH") and Department of Toxic Substances Control ("DTSC") (CDPH and DTSC are

1

collectively referred to as "Defendants"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff and Defendants stipulated for Magistrate Judge Kendall J. Newman to be assigned for all purposes other than any settlement conference the parties might later schedule;

WHEREAS Defendants are filing a motion for summary judgment to be heard before Magistrate Judge Newman no later than March 2, 2017; and

WHEREAS if the case is not dismissed, Plaintiff and Defendants wish to schedule a settlement conference after receiving the ruling on Defendants' motion for summary judgment, to be presided over by a judge other than Magistrate Judge Newman.

Plaintiff and Defendants stipulate and agree as follows: Pursuant to Judge Newman's standing orders and Eastern District of California Local Rule 270, Plaintiff and Defendant request that the Court schedule a settlement conference to be held after Plaintiff and Defendant receive Magistrate Judge Newman's ruling on Defendant's motion for summary judgment, and that the settlement conference be presided over by a judge other than Magistrate Judge Newman.

IT IS SO STIPULATED.

Dated: January 19, 2018                    Respectfully submitted,

*/s/ Richard M. Rogers*
LAW OFFICE OF RICHARD M. ROGERS
RICHARD M. ROGERS
*Attorneys for Plaintiff Dev Patel*

Dated: January 19, 2018                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

*/s/ Jerry J. Deschler*
JERRY J. DESCHLER
Deputy Attorney General
*Attorneys for Defendants California
Department of Public Health and
Department of Toxic Substances Control*

# **ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The Parties' request that the Court schedule a settlement conference to be held after Plaintiff and Defendant receive Magistrate Judge Newman's ruling on Defendant's motion for summary judgment is granted. The settlement conference shall be presided over by a judge other than Magistrate Judge Newman.

Dated: January 26, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE