RICHARD M. ROGERS, State Bar No. 045843
LAW OFFICE OF RICHARD M. ROGERS
100 Bush Street, #1980
San Francisco, CA 94104
Telephone: (415) 981-9788
Fax: (415) 981-9788
E-mail: RogersRMR@yahoo.com
*Attorneys for Plaintiff*
*Dev Patel*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
JERRY J. DESCHLER, State Bar No. 215691
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-3830
Fax: (916) 324-5567
E-mail: Jerry.Deschler@doj.ca.gov
*Attorneys for Defendants*
*California Department of Public Health and*
*Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEV PATEL,** | 2:15-cv-02471-KJN |
| Plaintiff, | **STIPULATION TO SEAL DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (COURT DOCS. 48-8, 48-10, 48-11, AND 48-12) AND PERMITTING REFILING OF REDACTED DOCUMENTS;** |
| v. | |
| **STATE OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND DEPARTMENT OF TOXIC SUBSTANCES CONTROL,** | **ORDER THEREON** |
| Defendant. | Judge: Kendall J. Newman<br>Action Filed: 11/30/2015 |

Plaintiff Dev Patel ("Plaintiff") and Defendants California Department of Public Health

("CDPH") and Department of Toxic Substances Control ("DTSC") (CDPH and DTSC are

1

collectively referred to as "Defendants"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS Defendants filed a Motion for Summary Judgment or, in the Alternative, Summary Adjudication (the "Motion for Summary Judgment") on or about February 1, 2018 (Ct. Docs. 48 – 48-15), which is now scheduled to be heard May 3, 2018 (Ct. Doc. 55); and

WHEREAS Plaintiff's counsel discovered that some of the documents filed in support of the Motion for Summary Judgment contain social security numbers that counsel inadvertently failed to redact (Ct. Docs. 48-8, 48-10, 48-11, and 48-12).

Plaintiff and Defendants stipulate that documents 48-8, 48-10, 48-11, and 48-12 be sealed pursuant to Eastern District Local Rule 141 so that the social security numbers shall not be viewable by the public, and that Defendants may re-file fully redacted versions of those same documents.

IT IS SO STIPULATED.

Dated: February 21, 2018                    Respectfully submitted,


*/s/ Richard M. Rogers*

_____
LAW OFFICE OF RICHARD M. ROGERS
RICHARD M. ROGERS
*Attorneys for Plaintiff Dev Patel*


Dated: February 21, 2018                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General


*/s/ Jerry J. Deschler*

_____
JERRY J. DESCHLER
Deputy Attorney General
*Attorneys for Defendants California Department of Public Health and Department of Toxic Substances Control*

**ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

Documents 48-8, 48-10, 48-11, and 48-12 filed in support of Defendants' Motion for Summary Judgment shall be sealed pursuant to Eastern District Local Rule 141. Defendants shall re-file fully redacted versions of those same documents within five court days of the date of this Order.

Dated: February 23, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SA2015106057
12971269.docx