1  RICHARD M. ROGERS, State Bar No. 045843
   LAW OFFICE OF RICHARD M. ROGERS
2    100 Bush Street, #1980
     San Francisco, CA 94104
3    Telephone: (415) 981-9788
     Fax: (415) 981-9788
4    E-mail: RogersRMR@yahoo.com
   *Attorneys for Plaintiff*
5  *Dev Patel*

6  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
7  PETER D. HALLORAN, State Bar No. 184025
   Supervising Deputy Attorney General
8  JERRY J. DESCHLER, State Bar No. 215691
   Deputy Attorney General
9    1300 I Street, Suite 125
     P.O. Box 944255
10   Sacramento, CA 94244-2550
     Telephone: (916) 323-3830
11   Fax: (916) 324-5567
     E-mail: Jerry.Deschler@doj.ca.gov
12 *Attorneys for Defendants*
   *California Department of Public Health and*
13 *Department of Toxic Substances Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DEV PATEL,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND DEPARTMENT OF TOXIC SUBSTANCES,**<br><br>Defendant. | 2:15-cv-02471-KJN<br><br>**STIPULATION AND REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE;**<br><br>**ORDER THEREON**<br><br><br>Judge: Kendall J. Newman<br>Action Filed: 11/30/2015 |

Plaintiff Dev Patel ("Plaintiff") and Defendants California Department of Public Health ("CDPH") and Department of Toxic Substances Control ("DTSC") (CDPH and DTSC are

1

collectively referred to as "Defendants"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff and Defendants stipulated for Magistrate Judge Kendall J. Newman to be assigned for all purposes other than any settlement conference the parties might later schedule;

WHEREAS Defendants filed a motion for summary judgment before Magistrate Judge Newman, which has not yet been ruled upon; and

WHEREAS in the event the case was not disposed of by summary judgment, Plaintiff and Defendants desired to schedule a settlement conference after receiving the ruling on Defendants' motion for summary judgment, to be presided over by a judge other than Magistrate Judge Newman; and

WHEREAS the case was assigned to Magistrate Judge Gregory D. Hollows for a settlement conference at 9:00 a.m. on June 7, 2018.

Plaintiff and Defendants stipulate and agree as follows: Plaintiff and Defendant request that the settlement conference scheduled for June 7, 2018 be continued to September 6, 2018 at 9:00 a.m. if the case is not disposed of by summary judgment prior to that date.

IT IS SO STIPULATED.

Dated: June 4, 2018            Respectfully submitted,

*/s/ Richard M. Rogers*
LAW OFFICE OF RICHARD M. ROGERS
RICHARD M. ROGERS
*Attorneys for Plaintiff Dev Patel*

Dated: June 4, 2018            Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PETER D. HALLORAN
Supervising Deputy Attorney General

*/s/ Jerry J. Deschler*
JERRY J. DESCHLER
Deputy Attorney General
*Attorneys for Defendants California Department of Public Health and Department of Toxic Substances Control*

# **ORDER**

Having reviewed the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED:

The settlement conference scheduled for June 7, 2018 shall be continued to September 6, 2018 at 9:00 a.m. if the case is not disposed of by summary judgment prior to that date.

Dated: June 5, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

SA2015106057
13109640.doc

# **CERTIFICATE OF SERVICE**

Case Name: **Dev Patel v. State of California**  No. **2:15-cv-02471-KJN**

3

I hereby certify that on June 4, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND REQUEST FOR CONTINUANCE OF SETTLEMENT CONFERENCE; ORDER THEREON**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 4, 2018, at Sacramento, California.

| Shelley O'Mary | */s/ Shelley O'Mary* |
|---|---|
| Declarant | Signature |

SA2015106057
13110104.docx